UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENU, INC., <br><br> Plaintiff, <br><br> v. <br><br> BHH LLC et al., <br><br> Defendants. | Consolidated Case No. 14-cv-04327-JD <br><br> **[PROPOSED]** ORDER GRANTING DISMISSAL WITH PREJUDICE <br><br> Judge: Honorable James Donato |
| BHH LLC, E. MISHAN & SONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> KENU, INC., <br><br> Defendant. | Member Case No. 15-cv-1107-JD |

Pursuant to the stipulation of the parties, Kenu, Inc. and BHH LLC and E. Mishan & Sons, Inc. ("the Parties").

IT IS HEREBY ORDERED that this action is dismissed, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure as follows:

1. Plaintiff's claims against E. Mishan & Sons, Inc. and BHH LLC are dismissed with prejudice in their entirety;

2. Defendants' claims and counterclaims are dismissed with prejudice in their entirety, with the exception that invalidity defenses are dismissed without prejudice; and

3. Each party shall bear its own attorney's fees and costs.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction in connection with any violation of the Parties' settlement agreement.

SO ORDERED and SIGNED this 26th day of April, 2016.

_____
United States District Judge
James Donato